IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

|  |  |  |
|---|---|---|
| HON. PHILIP R. MARTINEZ | § § § § § | ALL CIVIL CASES |

## STANDING ORDER TO REPLEAD IN REMOVED CASES

The following order shall control all cases assigned to the undersigned Judge in which the case has been removed to the Court.

**IT IS ORDERED** that in all removed cases, plaintiff(s) shall replead by separately filing a complaint that conforms to the requirements of Federal Rules of Civil Procedure 8 and 9. **Plaintiff(s) shall replead** within fourteen calendar days of the expiration of the thirty-day deadline to file a motion to remand pursuant to 28 U.S.C. § 1447(c) or within fourteen days of the Court's order denying a motion to remand. If defendant(s) filed an answer in state court, **defendant(s) shall replead** by separately filing an answer that conforms to the requirements of Federal Rules of Civil Procedure 8, 9, and 12. Defendant(s) shall replead within twenty-one days of the date plaintiff(s) file their complaint.

SIGNED this \_\_11\_\_ day of June, 2012.

PHILIP R. MARTINEZ
UNITED STATES DISTRICT JUDGE