IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| MARIE MARTINEZ-PANTOJA, Individually, and as a Personal Representative of the Estate of RAYMUNDO PANTOJA, Plaintiff, | § § § § § § | |
| v. | § § | CIVIL ACTION NO. 3:15-cv-129-PRM |
| FLOWERS BAKING COMPANY OF EL PASO, LLC a/k/a EL PASO BAKING CO. LLC, Defendant. | § § § § | |

## **DEFENDANT'S NOTICE OF TRIAL CONFLICT**

Consistent with the Scheduling Order of June 9, 2015, Defendant Flowers Baking Company of El Paso, LLC (Defendant) files this Notice of Conflict, respectfully stating as follows:

1. The Honorable Philip R. Martinez scheduled this matter for Jury Selection and Trial on April 1, 2016.

2. Counsel for Defendant are scheduled for Docket Call on April 1, 2016 and trial the month of April 2016 before The Honorable Sam Sparks in Civil Action No. 1:14-cv-00563-SS, *Timothy Donahue v. Tokyo Electron America, Inc., and Tokyo Electron US Holding, Inc.*, in the United States District Court for the Western District of Texas, Austin Division. Judge Sparks set this matter on August 27, 2014.

Respectfully submitted,

/s/ Michael W. Fox
Michael W. Fox
Texas State Bar No. 07335500
michael.fox@ogletreedeakins.com

Daniel A. Verrett
Texas State Bar No. 24075220
daniel.verrett@ogletreedeakins.com
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
301 Congress Avenue, Suite 1150
Austin, Texas 78701
512.344.4700
512.344.4701 facsimile

**ATTORNEYS FOR DEFENDANTS**

**CERTIFICATE OF SERVICE**

This is to certify that on this day of June, 2015, I electronically filed the foregoing via the Court ECF system, which will 18th forward a true and correct copy to:

Soraya Yanar Hanshew
The Hanshew Law Firm, PLLC
632 Moondale Dr
El Paso TX 79912
915.491.6181
915.996.9907 fax
syhlaw@outlook.com


　/s/ Michael W. Fox
Michael W. Fox/Daniel A. Verrett