IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| MARIE MARTINEZ-PANTOJA, | § | |
| Individually, and as a Personal | § | |
| Representative of the Estate of | § | |
| RAYMUNDO PANTOJA, | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:15-cv-129-PRM |
| | § | |
| FLOWERS BAKING COMPANY OF | § | |
| EL PASO, LLC a/k/a EL PASO BAKING | § | |
| CO. LLC, | § | |
|     Defendant. | § | |

## **NOTICE OF ENTRY OF APPEARANCE**

Defendant Flowers Baking Company of El Paso, LLC (Defendant) files this Notice of Entry of Appearance for Robert L. Blumenfeld of the law firm MENDEL • BLUMENFELD, PLLC, 5809 Acacia Circle, El Paso, Texas 79912, (915) 587-7878, (915) 587-8808 (facsimile). Mr. Blumenfield will serve as local counsel for Defendant. Michael W. Fox will remain as the designated attorney in charge.

    Respectfully submitted,

    _/s/ Robert L. Blumenfeld_
    Robert L. Blumenfeld
    State Bar No. 00783675
    bblu@acaciapark.com
    MENDEL • BLUMENFELD, PLLC
    5809 Acacia Circle
    El Paso, Texas 79912
    (915) 587-7878
    (915) 587-8808 (Facsimile)

    Michael W. Fox
    Texas State Bar No. 07335500
    michael.fox@ogletreedeakins.com

Daniel A. Verrett
Texas State Bar No. 24075220
daniel.verrett@ogletreedeakins.com
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
301 Congress Avenue, Suite 1150
Austin, Texas 78701
512.344.4700
512.344.4701 facsimile

**ATTORNEYS FOR DEFENDANTS**

**CERTIFICATE OF SERVICE**

This is to certify that on this 29th day of June, 2015, I electronically filed the foregoing via the Court ECF system, which will forward a true and correct copy to:

Soraya Yanar Hanshew
The Hanshew Law Firm, PLLC
632 Moondale Dr
El Paso TX 79912
915.491.6181
915.996.9907 fax
syhlaw@outlook.com

/s/
Robert L. Blumenfeld